UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RIVERKEEPER, INC., *et al.*,

                      Plaintiffs,           **SCHEDULING ORDER**

    -against-                                24 Civ. 4797 (CS)

EMPRESS AMBULANCE SERVICE, LLC
d/b/a Empress EMS,

                      Defendant.
------------------------------------------------------------X

       The Court has scheduled a Settlement Conference for August 19, 2025 at 2:00 p.m. via Microsoft Teams. A separate e-mail will be sent to counsel containing information on how to connect to the conference.

       Parties are required to appear. Counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than August 15, 2025. The letter must summarize (1) the history of settlement negotiations; (2) the issues in the case; (3) the party's settlement valuation of the case and the rationales for it; and (4) any other information counsel believes would assist the Court in preparation for the conference. The *ex parte* letters should only be sent to Chambers by e-mail, at McCarthy_NYSDChambers@nysd.uscourts.gov. Do not file the *ex parte* letters on the docket. In addition, prior to the submission of the *ex parte* letters, Defendant must respond to Plaintiffs' settlement demand.

Dated: August 11, 2025
       White Plains, New York

                                                            **SO ORDERED:**

                                                             */s/ Judith C. McCarthy*
                                                              JUDITH C. McCARTHY
                                                              United States Magistrate Judge