# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RIVERKEEPER, INC. and RARITAN BAYKEEPER, INC. d/b/a NY/NJ BAYKEEPER,

        Plaintiffs,

v.

EMPRESS AMBULANCE SERVICE, LLC d/b/a EMPRESS EMS,

        Defendant.

Case No. 7:24-CV-04797 (CS)

~~(PROPOSED)~~ **(PROPOSED)**
**CONSENT DECREE**

WHEREAS, Plaintiff Riverkeeper, Inc. is a New York not-for-profit environmental organization with its principal place of business in Ossining, New York, and Plaintiff Raritan Baykeeper, Inc. d/b/a NY/NJ Baykeeper is a New Jersey not-for-profit environmental organization with its principal place of business in Hazlet, New Jersey.

WHEREAS, Defendant Empress Ambulance Service, LLC d/b/a Empress EMS is a Delaware limited liability corporation with its principal place of business at 722 Nepperhan Avenue, Yonkers, New York 10703.

WHEREAS, Defendant operates vehicle storage and maintenance facilities at 722 Nepperhan Avenue, Yonkers, New York (the "Yonkers Facility") and 10 South White Street, Poughkeepsie, New York (the "Poughkeepsie Facility").

WHEREAS, Plaintiffs filed a complaint (the "Complaint") on June 24, 2024, alleging Defendant violated Clean Water Act ("CWA") Sections 301 and 402, 33 U.S.C. §§ 1311(a), 1342, by discharging polluted stormwater associated with industrial activity and wastewater without coverage under the Multi-Sector General Permit for the Discharge of Stormwater Associated with Industrial Activity ("MSGP") issued by the New York State Department of Environmental Conservation ("DEC"), Permit No. GP-0-23-001, or any other CWA permit, from the Yonkers Facility, the Poughkeepsie Facility, and another facility it was renting in Chestnut Ridge, New York, and failing to comply with the conditions of the MSGP, seeking declaratory and injunctive relief, civil penalties, and reasonable attorneys' fees and costs.

WHEREAS, Defendant denies the alleged violations.

WHEREAS, Defendant vacated the facility in Chestnut Ridge on or about November 2024.

WHEREAS, DEC inspected the Poughkeepsie Facility on May 31, 2024, and the Yonkers Facility on June 3, 2024, and issued Notices of Violation dated June 5, 2024, to Defendant.

WHEREAS, Defendant submitted to DEC a Notice of Intent to be covered under the MSGP for the Yonkers Facility on January 20, 2025, and such coverage was conditionally acknowledged by DEC on February 25, 2015, with an effective date of February 19, 2025, and assigned a SPDES identification number of NYR00H094.

WHEREAS, Defendant submitted to DEC a No Exposure Certification form for conditional exclusion from MSGP coverage, on January 20, 2025, which was intended to be for the Poughkeepsie Facility, but incorrectly stated that the facility is in Westchester County and giving the longitude and latitude coordinates, as well as the address, for the Yonkers Facility.

WHEREAS, without any concession or admission by Defendant that it has violated the CWA, or any concession or admission by Plaintiffs that Defendant's implementation of the measures listed below will prevent all discharge of polluted stormwater or will assure compliance with the terms and conditions of the MSGP, Plaintiffs and Defendant (collectively, "the Parties" or individually "Party") agree that it is in their mutual interest to resolve this matter without the taking of evidence or findings of fact or law, and the Parties would like to avoid prolonged and costly litigation.

WHEREAS, this Decree shall be submitted to the United States Department of Justice and the United States Environmental Protection Agency ("EPA") for the 45-day statutory review period, pursuant to 33 U.S.C. § 1365(c).

NOW, THEREFORE, without the trial of any issue of fact or law, without the admission by Defendant of any of the facts or violations alleged in the Complaint, upon consent of the Parties, and upon consideration of the mutual promises contained herein,

**IT IS HEREBY STIPULATED BETWEEN THE PARTIES AND ORDERED, ADJUDGED AND DECREED BY THE COURT AS FOLLOWS:**

## I. DEFINED TERMS

The defined terms set forth in the foregoing recitals are hereby incorporated into the body of this Decree and are made a part hereof. Terms used in this Decree that are defined in the Clean Water Act, its implementing regulations, and the MSGP shall have the meanings assigned to them therein, unless otherwise provided in this Decree. In addition, the following terms used in this Decree have the meaning set forth below:

1. **Effective Date.** The date upon which this Decree is entered by the Court.

2. **Term of Decree**. The period beginning on the Effective Date and ending eighteen (18) months from the Effective Date, unless (a) an obligation under this Decree has not been completed, in which case the Decree extends until all obligations are completed, or (b) the Parties stipulate to extend the Term.

2

3. **SWPPP.** Stormwater Pollution Prevention Plan, as defined in the MSGP.

4. **Operative SWPPP.** The most recent version of the SWPPP for the Yonkers Facility. At the time of signing, the Operative SWPPP is the SWPPP attached hereto as Exhibit A, which complies with the Yonkers Facility BMP Plan attached hereto as Exhibit B.

5. **NOI.** A "Notice of Intent" for coverage under the MSGP.

6. **No Exposure Certification.** The certified form submitted to obtain a Conditional Exclusion for No Exposure from SPDES stormwater permitting pursuant to Part I.D.5 of the MSGP and 40 C.F.R. 122.26(g).

## II.   JURISDICTION AND VENUE

7. **Jurisdiction.** Jurisdiction over this action is conferred by 28 U.S.C. § 1331 (federal question), 33 U.S.C. § 1365(a) (Clean Water Act jurisdiction). Plaintiffs have standing and have complied with the statutory notice requirements under the CWA, 33 U.S.C. § 1365(a)(1), and the corresponding regulations at 40 C.F.R. § 135.2. An actual, justiciable controversy exists between Plaintiffs and Defendant. The requested relief is proper under 28 U.S.C. §§ 2201, 2202, and 33 U.S.C. § 1365(a).

8. **Venue.** Venue is properly vested in this judicial district pursuant to 33 U.S.C. § 1365(c)(1), because the events giving rise to this action occurred at the facilities and in waters of the United States located within this judicial district.

9. **Consent.** For purposes of this Decree, or any action to enforce this Decree, the Parties consent to the Court's jurisdiction over this Decree and venue in this judicial district.

## III.   COMPLIANCE WITH THE CLEAN WATER ACT AND THE MSGP AT THE YONKERS FACILITY

10. **Compliance with SWPPP and the MSGP.** Defendant will implement the Operative SWPPP at the Yonkers Facility in compliance with the terms of the MSGP, which is hereby incorporated into this Decree, and the Clean Water Act. Defendant will comply fully with the MSGP and any permit modification or MSGP reissuance applicable to the Yonkers Facility during the Term of Decree.

11. **SWPPP Implementation.** The Operative SWPPP attached hereto as Exhibit A shall be fully implemented at the Yonkers Facility within three (3) months from the Effective Date. Defendant shall provide Plaintiffs with an Implementation Report, prepared by a qualified professional, attesting to implementation of the SWPPP within thirty (30) days of completion. The Report shall include:

    a. A summary of Best Management Practices ("BMPs"), including those implemented after April 24, 2024;

    b. Photographs of all BMPs, including those implemented after April 24, 2024;

3

    c. A certification that the professional has visited the Facility in the month prior to submission of the Implementation Report;

    d. A certification that, during the professional's last visit, all BMPs described in the SWPPP were in good working order and all housekeeping measures appeared to be taking place.

12. **Modified NOI.** Defendant shall submit a modified NOI for the Yonkers Facility, in accordance with MSGP Part I.D.3, to DEC, within thirty (30) days of the Effective Date, and shall provide Plaintiffs with a copy of the modified NOI upon submission. The modified NOI shall, at minimum, adjust the outfall and drainage area information set forth in Defendant's current NOI for the Yonkers Facility to match the drainage areas and outfalls in the Operative SWPPP. Defendant shall provide a copy of DEC's letter acknowledging modification of the NOI to Plaintiffs upon receipt.

13. **SWPPP or NOI Amendments.** If, during the Term of Decree, Defendant amends the SWPPP or its NOI for the Yonkers Facility, or is required to amend the SWPPP or NOI for any reason, including but not limited to the reasons enumerated in the MSGP, Defendant shall provide a draft revised SWPPP or NOI to Plaintiffs for their review and shall provide Plaintiffs with all documents related to such amendment. Within twenty (20) days of receipt of the draft revised SWPPP or NOI and related documents, Plaintiffs shall provide Defendant with any comments on the drafts. BMPs in the Operative SWPPP attached hereto as Exhibit A may not be removed without Plaintiffs' approval during the Term of Decree. Any dispute regarding a revised SWPPP or NOI shall be subject to dispute resolution under Section XI.

14. **Implemented Stormwater Controls.** Defendant shall maintain in good working order all stormwater collection and treatment systems currently installed or to be installed at the Yonkers Facility pursuant to this Consent Decree, including but not limited all BMPs in the Operative SWPPP attached hereto as Exhibit A and all BMPs in the Yonkers Facility BMP Plan attached hereto as Exhibit B.

15. **Vehicle and Equipment Washing Prohibited.** Defendant shall permanently cease all outdoor vehicle and/or equipment washing operations at the Yonkers Facility during the Term of Decree. However, nothing contained in this Decree shall prevent Defendant from constructing or utilizing vehicle and/or equipment washing operations at the Yonkers Facility that do not (i) cause a wastewater discharge to the Saw Mill River or (ii) allow waste wash waters to co-mingle with stormwater, nor shall anything in this Decree prevent Defendant from applying for a municipal or other permit to allow vehicle and/or equipment washing operations at the Yonkers Facility to connect to the municipal sewer system.

## IV.   MONITORING PROGRAM AT THE YONKERS FACILITY

16. **Additional Monitoring.** Except as provided in Paragraph 18, no inspections, monitoring, or reporting shall be required other than as required under the MSGP and as set forth in the Operative SWPPP.

17. **Sampling Points.**  The sampling points shall be those described in the Operative SWPPP.

18. **Sampling Frequency.**  Defendant will sample and analyze stormwater discharges at the Yonkers Facility in accordance with the requirements of the MSGP.  In addition, during the Term of Decree, Defendant shall sample and analyze stormwater discharges at each outfall for all Sector P benchmark monitoring pollutants of concern in Table VII-P-1 of the MSGP from one qualifying storm event in each quarter.

19. **Sampling Methodology.**  Defendant will take samples at each sampling point at the Yonkers Facility in a manner that is consistent with the requirements and protocols set forth in the MSGP.  Defendant may report this sampling as part of the stormwater monitoring required by the MSGP.

20. **Recordkeeping.**  Defendant will comply with the reporting and recordkeeping requirements of the MSGP at the Yonkers Facility.  Defendant shall maintain written documentation at the facility describing all inspections and assessments required under applicable provisions of the MSGP or of this Decree.

21. **Photographs of Quarterly Inspections.**  While conducting routine quarterly inspections of BMPs (required by Part IV.B of the MSGP) and quarterly visual monitoring (required by Part IV.E of the MSGP) at the Yonkers Facility, Defendant will take such photographs as required by the MSGP.  If Defendant takes any photographs during any such monitoring or inspection, Defendant shall provide copies to Plaintiffs no later than ten (10) days after the photographs are taken.

22. **Reporting to Plaintiffs.**  During the Term of Decree, Defendant shall provide to Plaintiffs a copy of every document submitted to DEC or EPA in accordance with the SWPPP and the MSGP for the Yonkers Facility, no later than ten (10) days after submission to DEC or EPA, including but not limited to the Annual Certification Reports (ACRs) and Discharge Monitoring Reports (DMRs) required by Part VI.A.1 and VI.A.2 of the MSGP.  Simultaneously with its provision of DMRs, Defendant shall also provide to Plaintiffs the laboratory reports of sample analysis.  In addition, during the Term of Decree Defendant shall provide to Plaintiffs the following documents for the Yonkers Facility no later than ten (10) days after the form or report has been completed: (i) annual comprehensive site compliance inspection and evaluation reports required by Part IV.A.2 of the MSGP; (ii) Quarterly Visual Monitoring Forms; (iii) Storm Event Data Forms; and (iv) any Corrective Action / Non-Compliance Event Forms.

23. **Provision of Government Documents to Plaintiffs.**  During the Term of Decree, Defendant shall provide Plaintiffs with copies of any documents or correspondence that Defendant receives from DEC or EPA relating to the SWPPP or the MSGP for the Yonkers Facility, no later than ten (10) days after receipt of the document or correspondence.

## V.   COMPLIANCE OVERSIGHT AT THE YONKERS FACILITY

24. **Site Inspections.** Defendant agrees to grant site access to representatives of Plaintiffs, including consultants acting on their behalf, to inspect the Yonkers Facility for compliance with the MSGP and this Decree up to one (1) time every six (6) months during the Term of Decree (a "Site Inspection"). The Site Inspection shall occur during normal business hours. Plaintiffs shall provide Defendant with as much notice as possible, but at least forty-eight (48) hours' notice prior to a Site Inspection during wet weather, and seventy-two (72) hours' notice prior to a Site Inspection during dry weather.

    During a Site Inspection, Defendant shall allow Plaintiffs and/or their representatives access to all parts of the Yonkers Facility and the facility's SWPPP, stormwater monitoring records, and nonprivileged reports and data related to stormwater monitoring at the facility. During a Site Inspection, Plaintiffs' representatives may collect samples of stormwater, sediment, materials, or other substances. Plaintiffs shall be permitted to take photographs and/or video recording during any Site Inspection pursuant to this Paragraph. If Plaintiffs take photographs and/or video recording, Plaintiffs shall provide Defendant with the photographs and/or video within fourteen (14) days after the Site Inspection.

## VI.   COMPLIANCE WITH THE CLEAN WATER ACT AT THE POUGHKEEPSIE FACILITY

25. **Modified No Exposure Certification.** Within thirty (30) days of the Effective Date, Defendant shall submit to DEC a modified No Exposure Certification form for the Poughkeepsie Facility, in accordance with MSGP Part I.D.5.b, stating that the facility is in Dutchess County and giving the latitude and longitude coordinates for the Poughkeepsie Facility as well as the 10 South White Street, Poughkeepsie, New York 12601 address. Defendants shall provide Plaintiffs with a copy of the modified No Exposure Certification, upon submission, and shall provide Plaintiffs with a copy of any acknowledgement or similar letter received from DEC, within ten (10) days of receipt.

26. **Compliance with No Exposure Conditions.** During the Term of Decree, Defendant shall comply with the no exposure conditions in MSGP Part I.D.5.a and its Modified No Exposure Certification at the Poughkeepsie Facility.

27. **Vehicle and Equipment Washing Prohibited.** Defendant shall permanently cease all outdoor vehicle and/or equipment washing operations at the Poughkeepsie Facility during the Term of Decree. However, nothing contained in this Decree shall prevent Defendant from constructing or utilizing vehicle and/or equipment washing operations at the Poughkeepsie Facility that do not (i) cause a wastewater discharge to the Fall Kill or (ii) allow waste wash waters to co-mingle with stormwater, nor shall anything in this Decree prevent Defendant from applying for a municipal or other permit to allow vehicle and/or equipment washing operations at the Poughkeepsie Facility to connect to the municipal sewer system.

6

28. **No Exposure Certification Amendments.** If, during the Term of Decree, Defendant ceases to qualify for a Conditional Exclusion for No Exposure at the Poughkeepsie Facility, Defendant shall provide written notice to Plaintiffs within thirty (30) business days, shall submit an NOI as required by MSGP Part I.D.5.c, and shall provide Plaintiffs with a copy of the NOI upon submission.

## VII.   PAYMENTS FOR ENVIRONMENTALLY BENEFICIAL PROJECTS AND LITIGATION COSTS

29. **Environmentally Beneficial Project ("EBP").** Defendant shall pay a sum of twenty thousand dollars ($20,000) to Groundwork Hudson Valley (the "EBP Recipient") for use on projects relating to the reduction, mitigation, and/or remediation of the effects of stormwater pollution or environmental restoration of, or other benefit to, the Saw Mill River or Hudson River watersheds. Defendant has placed the payment in escrow with Defendant's attorney. Defendant hereby authorizes and instructs Defendant's attorney to transfer the payment to the EBP Recipient within ten (10) business days of the Effective Date by check or electronic transfer. A check shall be sent via express or certified mail, or similar service with tracking. Defendant shall concurrently notify Plaintiffs that payment has been sent to the EBP Recipient and provide the tracking number. None of this payment shall be disbursed to Plaintiffs.

30. **Litigation Fees, Costs, and Expenses.** Following the Court's entry of this Consent Decree, the Parties will attempt to reach an agreement as to the amount of Plaintiffs' reasonable attorneys' fees and other litigation costs to be paid by Defendant. Plaintiff consents to provide to Defendant invoices for all expenses and time records for all attorneys' fees Plaintiffs seek. Plaintiffs may redact their time records as necessary to protect any applicable privilege, but will not seek recovery of attorneys' fees for any time entry that has been redacted. Plaintiffs' time records will be designated "Confidential" pursuant to the *Stipulation and Order for the Production and Exchange of Confidential Information* (ECF 18). If the Parties are unable to reach agreement, Plaintiffs may file an application with the Court for an award of reasonable attorneys' fees and costs under Section 505(d) of the Clean Water Act, 33 U.S.C. § 1365(d), within 120 days of the Effective Date, or by such later date as set by the Court upon motion or otherwise. Defendant shall have forty-five (45) days to respond to such application, and Plaintiffs shall have twenty (20) days to reply, subject to any Court modifications of that schedule. On any such application by Plaintiffs, Defendant reserves the right to request a court hearing and Plaintiffs reserve their right to object to that request.

31. **Compliance Oversight Fees and Costs.** Plaintiffs will incur costs in order to monitor Defendant's compliance with this Decree, including but not limited to costs incurred by Plaintiffs or their counsel or consultants to conduct site inspections, collect or review water quality sampling data, review annual reports, and discuss with representatives of Defendant any potential changes to compliance requirements, preparation and participation in mediation, and similar activities. To help defray these costs, Defendant agrees to reimburse Plaintiffs for their reasonable fees and costs incurred during the Term of this Decree in an amount not to exceed five thousand dollars ($5,000). Plaintiffs shall submit statements/invoices to Defendant, which shall have thirty (30)

7

days to review such statements/invoices and submit any inquiries or objections to Plaintiffs, which shall have thirty (30) days to respond. All unobjected to costs below the aforementioned five-thousand-dollar ($5,000) cap shall be paid within thirty (30) days by Defendant.

## VIII. EFFECT OF DECREE

32. **Plaintiffs' Release of Liability.** Upon Court approval and entry of this Consent Decree, Plaintiffs covenant not to sue and release Defendant (including its representatives, assigns, agents, employees, officers, attorneys, and consultants, including those who have held positions in the past) from any and all claims, causes of action, or liability under CWA Section 505, 33 U.S.C. § 1365, (a) relating to or resulting from allegations and claims set forth in the Notice Letter, and (b) for any past violations at Defendant's facilities of the Clean Water Act that were alleged or that could have been alleged in the Complaint, and from any and all claims, liability, demands, penalties, costs, and causes of action of any nature which concern or are connected with this action. This Paragraph does not constitute a waiver or release of any claims relating to the enforcement of this Decree.

33. **Defendant's Releases of Liability.** Defendant releases and discharges Plaintiffs (including their representatives, assigns, agents, employees, officers, attorneys, and consultants, including those who have held positions in the past) from any and all claims, liability, demands, penalties, costs, and causes of action of any nature which concern or are connected with this action.

34. **Compliance with Law.** The requirements of this Consent Decree do not relieve the Parties of any other obligations required by any federal, state, or local law, regulation, permit, or other requirement. By consenting to this Decree, Plaintiffs do not warrant or aver in any manner that Defendant's compliance with this Decree constitutes compliance with all federal, state, or local laws that may apply.

35. **Force Majeure.** If implementation of the actions required by this Decree within the required deadlines becomes impossible due to circumstances beyond a Party's control, despite the timely good faith efforts of the Party, the Party who is unable to comply shall notify the others in writing within ten (10) business days of the date that the inability to comply becomes apparent and shall describe the reason for the non-performance. A Force Majeure shall not include normal inclement weather, economic hardship, inability to pay, or employee negligence. The Parties agree to meet and confer in good faith concerning the non-performance and, where the Parties concur that performance was or is impossible, despite the timely good faith efforts of the Party, new compliance deadlines shall be established. If the Parties cannot timely agree upon such terms, the Parties shall follow the Dispute Resolution Procedure outlined in Section XI.

## IX. FEDERAL REVIEW OF DECREE

36. **Review by United States.** The Parties recognize that, pursuant to 33 U.S.C. § 1365(c)(3), this proposed Consent Decree cannot be ordered by the Court until forty-

8

five (45) days after the receipt of a copy of the proposed Decree by the Attorney General of the United States and the Administrator of the EPA. Therefore, upon signing of this proposed Decree by the Parties, Plaintiffs shall serve copies of this proposed Decree upon the EPA Administrator, the Regional EPA Administrator, and the Attorney General for review, as required by 40 C.F.R. § 135.5.

37. **Entry of Order.** After expiration of the forty-five (45) day review period provided by 33 U.S.C. § 1365(c)(3), the Plaintiffs shall move, on consent of Defendant, for the Court to enter this proposed Consent Decree. If for any reason the Court should decline to approve this proposed Consent Decree in the form presented, including but not limited to declining to retain jurisdiction through the Term of Decree, then this agreement and consent to this Consent Decree shall be null and void. The Parties agree to continue negotiations in good faith to cure any objection or concern to entry of this Consent Decree raised by the Court.

## X. MODIFICATION AND ENFORCEMENT OF DECREE

38. **Modification in Writing.** This Decree may be modified only upon written consent of the Parties and the approval of the Court.

39. **Continuing Jurisdiction of the Court.** This Court shall retain and shall have jurisdiction over the Parties to this Decree for the resolution of any disputes that may arise under this Decree. This Court shall also allow this action to be reopened for the purpose of enabling the Parties to this Decree to apply to the Court for any further order that may be necessary to construe, carry out, enforce compliance and/or resolve any dispute regarding the terms or conditions of this Decree. If for any reason the Court should decline to retain jurisdiction, this Decree shall be null and void.

## XI. DISPUTE RESOLUTION PROCEDURE

40. **Meet and Confer.** Any disputes with respect to any of the provisions of this Consent Decree shall be, in the first instance, the subject of informal negotiations between the Parties affected by the dispute to attempt to resolve such dispute.

41. **Motion.** If informal negotiations cannot resolve a dispute between the Parties, a Party may file a motion with the Court seeking resolution of the dispute. The motion shall set forth the nature of the dispute and a proposal for its resolution. The other Party shall have thirty (30) days to respond to the motion and propose an alternate resolution.

42. **Notice.** The moving Party shall provide the other Party with seventy-two (72) hours' written notice before initiating court proceedings to enforce this Decree.

43. **Fee Awards.** In resolving any dispute arising from this Agreement, the Court may award attorneys' fees and costs consistent with the Clean Water Act.

44. **Remedies.** The Parties acknowledge and agree that specific performance, declaratory relief, and injunctive relief are the only appropriate remedies for any breach of this

Agreement, and under no circumstances shall monetary damages be allowed for any breach of this Agreement. EBPs, awards of fees and costs, and/or penalties payable to the U.S. Treasury are not damages.

## XII.   TERMINATION

45. **Dispute Regarding Termination**. Any despite between the Parties regarding extension of the 18-month Term of Decree set forth in Paragraph 2 shall be subject to dispute resolution under Section XI.

## XIII.   MISCELLANEOUS PROVISIONS

46. **Entire Agreement.** This Decree constitutes the entire agreement among the Parties concerning the subject matter hereof and supersedes all previous correspondence, communications, agreements, and understandings, whether oral or written, among the Parties.

47. **Notices.** Any notice, demand, copies of documents, or other communications required to be made under the provisions of this Decree (collectively, "Notices") by any Party hereto shall be effective only if in writing. Notices shall be directed to the Parties at their respective addresses set forth below. Notices given in the foregoing manner shall be deemed given: (a) if delivered by courier, when actually received or refused by the addressee; (b) if mailed, on the day of actual delivery as shown by the addressee's registered or certified mail receipt or at the expiration of three (3) business days after the date of mailing, whichever first occurs; or (c) if e-mailed, when acknowledged by the addressee. Each Party shall promptly notify the other Party of any change in this contact information, including but not limited to a change in representation.

| Notice for Plaintiffs shall be sent to: | Notice for all Defendant shall be sent to: |
|---|---|
| Reed W. Super<br>reed@superlawgroup.com<br>and<br>Andie Altchiler<br>andie@superlawgroup.com | Thomas E. Stagg<br>tstagg@staggwabnik.com<br>and<br>Brian Lacoff<br>blacoff@staggwabnik.com |
| Super Law Group, LLC<br>250 Broadway, 24th Floor<br>New York, NY 10007 | Stagg Wabnik Law Group<br>401 Franklin Avenue, Suite 300<br>Garden City, NY 11530 |
| Notices sent to the individuals listed above at the address listed above shall be deemed as notice to Plaintiffs. | Notices sent to the individuals listed above at the addresses listed above shall be deemed as notice to Defendant. |

10

48. **Successors and Assigns.** This Decree shall be binding upon and inure to the benefit of the Parties and their respective representatives, heirs, executors, administrators, successors, officers, directors, agents, attorneys, employees and permitted assigns.

49. **Transfer of Ownership.** No transfer of ownership or operation of the Facility shall relieve Defendant of its obligation to implement the terms of this Decree unless (a) at least thirty (30) days before any transfer, Defendant provides notice of the proposed transfer to Plaintiffs and provides a copy of this Decree to the transferee; (b) the transferee agrees to undertake the obligations herein; and (c) the Parties move to amend this Decree to substitute the transferee for Defendant in this Decree.

50. **Interpretation.** The provisions contained herein shall not be construed in favor of or against any Party because that party or its counsel drafted this Decree, but shall be construed as if all Parties prepared this Decree, and any rules of construction to the contrary are hereby specifically waived. The terms of this Decree were negotiated at arm's length by the Parties hereto.

51. **Headings.** The section and paragraph headings contained in this Decree are for reference purposes only and shall not affect in any way the meaning or interpretation of this Decree.

52. **Authorization.** Each person signing this Decree certifies that they are fully authorized to enter into the terms and conditions of this Consent Decree and to execute and legally bind the Party on whose behalf it is indicated that the person is signing.

53. **Counterparts.** This Decree may be signed in counterparts, and its validity shall not be challenged on that basis.

54. **Findings.** The Parties attest and the Court, by entering this Consent Decree, finds that this agreement has been negotiated by the Parties in good faith; that settlement of this matter is in the public interest and in accordance with the Clean Water Act; and entry of this Consent Decree is fair and reasonable.

## XIV.  EXHIBITS

55. The following Exhibits are attached to this Decree and made a part hereof:

   a. Exhibit A: Yonkers Facility Operative Stormwater Pollution Prevention Plan
   b. Exhibit B: Yonkers Facility BMP Plan

11

Dated: 3/3/26

Empress Ambulance Service, LLC
(d/b/a Empress EMS)

By: DANIEL M. NERVA
Title: VP of operations

Dated: _____

Riverkeeper, Inc.

By: _____
Title: _____

Dated: _____

Raritan Baykeeper, Inc. (d/b/a NY/NJ Baykeeper)

By: _____
Title: _____

ENTERED and DATED this 27th day of ___April___, 2026

_____
Honorable Cathy Seibel
United States District Judge

The Clerk shall terminate ECF No. 57
and close the case.

12

Dated: _____    Empress Ambulance Service, LLC
                                  (d/b/a Empress EMS)


                                  _____
                                  By:
                                  Title:


Dated: _3/2/2026_____     Riverkeeper, Inc.

                                  _____
                                  By: Ellie Carl
                                  Title: Legal Fellow


Dated: _____    Raritan Baykeeper, Inc. (d/b/a NY/NJ Baykeeper)


                                  _____
                                  By:
                                  Title:



ENTERED and DATED this ___ day of _____, 2026


                                  _____
                                  Honorable Cathy Seibel
                                  United States District Judge

12

Dated: _____      Empress Ambulance Service, LLC
(d/b/a Empress EMS)


_____
By:
Title:


Dated: _____      Riverkeeper, Inc.


_____
By:
Title:


Dated: _2 March 2026_      Raritan Baykeeper, Inc. (d/b/a NY/NJ Baykeeper)


_____
By: Michele Langa, ESQ
Title: Staff Attorney


ENTERED and DATED this ___ day of _____, 2026


_____
Honorable Cathy Seibel
United States District Judge


12

# EXHIBIT A:

# YONKERS FACILITY OPERATIVE SWPPP



# STORMWATER POLLUTION PREVENTION PLAN

Prepared:
February 2026

722 Nepperhan Ave
Yonkers, NY 10703

800 Westchester Ave, N507
Rye Brook, NY 10573
www.woodardcurran.com

# woodardcurran.com

Prepared for:
**Empress Ambulance Services LLC**
0235702.00



## TABLE OF CONTENTS

| SECTION | PAGE NO. |
|---|---|

**1. INTRODUCTION** ............................................................................................................**5**

1.1     Purpose of Plan.............................................................................................5
1.2     Stormwater Pollution Prevention Team .........................................................5
1.3     Amendment of the Plan .................................................................................5

**2. SITE EVALUATION, ASSESSMENT, AND PLANNING** ...................................................**8**

2.1     Facility Location and Description ...................................................................8
2.2     Materials Inventory ........................................................................................8
2.3     Past Spills and Leaks.....................................................................................8
2.4     Non-Stormwater Discharges .........................................................................8
2.5     Site Drainage .................................................................................................9
2.6     Summary of Potential Pollution Sources .....................................................10

**3. STORMWATER BEST MANAGEMENT PRACTICES (BMPS)**............................................**13**

3.1     Minimize Exposure........................................................................................13
3.2     Good Housekeeping .....................................................................................14
3.3     Preventative Maintenance ............................................................................14
3.4     Facility Inspections.......................................................................................15
3.5     Spill Prevention and Response.....................................................................15
3.6     Waste, Garbage and Floatable Debris..........................................................15
3.7     Sediment and Erosion Control......................................................................15
3.8     Management of Runoff ..................................................................................16
3.9     Oil Spill Reporting ........................................................................................16
       3.9.1     Oil Releases to Water.......................................................................16

**4. MONITORING AND RECORDKEEPING PROCEDURES**.................................................**20**

4.1     Stormwater Quarterly Visual Monitoring ......................................................20
4.2     Benchmark Monitoring..................................................................................20
4.3     Storm Event Data..........................................................................................21
4.4     Corrective Actions ........................................................................................21
4.5     Stormwater Monitoring During a Spill or a Release......................................22
4.6     Records of Spills, Leaks or Releases............................................................22
4.7     Stormwater Monitoring Records....................................................................22

**5. EMPLOYEE TRAINING**...........................................................................................**23**

5.1     Oil, Chemicals and Waste Handling and Response Training ........................23
5.2     Stormwater Pollution Prevention Activities ..................................................23

**6. PLAN REVIEW AND MODIFICATION**........................................................................**24**

6.1     Updates and Modifications to the SWPPP.....................................................24
6.2     SWPPP Availability .......................................................................................24



7.    REFERENCES .................................................................................................................25

# APPENDICES

Appendix A:    Record of Changes
Appendix B:    Site Maps
Appendix C:    Inspection and Corrective Action Forms
Appendix D:    Spill and Leak Incident Records

# TABLES

Table 1-1:    Stormwater Pollution Prevention Team
Table 2-1:    Materials Inventory
Table 2-2:    Summary of Potential Pollution Sources
Table 3-1:    Emergency Contact Phone Numbers
Table 3-2:    Best Management Practices
Table 3-3:    Fuel Delivery Transfer Procedures
Table 3-4:    General Spill Response Procedures



# FACILITY INFORMATION

| TOPIC | INFORMATION |
|---|---|
| Owner/Operator | Empress Ambulance Services LLC |
| Facility Operations | **SIC Code:** 4119 **Sector:** Local Passenger Transportation, Not Elsewhere Classified |
| Location of Facility | 722 Nepperhan Ave, Yonkers, NY 10703 |
| County | Westchester |
| Latitude/Longitude | 40.94996N / -73.87966W |
| Facility Telephone Number | (914) 965-5040 |
| First Facility Contact | Michael Minerva<br>Captain of Logistics<br>914-830-4658<br>722 Nepperhan Ave<br>Yonkers, NY 10703<br>mminerva@empressems.com |
| Second Facility Contact | Walt McCabe<br>Assistant Director of Operations<br>914-424-7812<br>722 Nepperhan Ave<br>Yonkers, NY 10703<br>wmccabe@empressems.com |
| Third Facility Contact | Daniel Minerva<br>Chief Comanding Officer<br>914-490-7130<br>722 Nepperhan Ave<br>Yonkers, NY 10703<br>dminerva@empressems.com |
| Spill History | This facility has had no reportable spills in the past 5 years |

# 1.  INTRODUCTION

This Stormwater Pollution Prevention Plan (SWPPP or Plan) has been prepared by Woodard & Curran on behalf of Empress Ambulance Services LLC (Empress) for its facility in Yonkers, NY. This SWPPP has been implemented to document the selection, design, and installation of control measures for controlling pollutants in stormwater, and to document the implementation of best management practices (BMPs). This SWPPP is designed to conform to generally accepted and standard engineering practices, as well as the requirements of the United States Environmental Protection Agency (EPA) Federal Water Pollution Control Act, as amended by the Clean Water Act of 1977 (33 U.S.C. 1251, et seq) and the NYSDEC's Multi-Sector General Permit (MSGP) which provides facility-specific requirements for many types of industrial facilities.

## 1.1  Purpose of Plan

The purpose of the SWPPP is to:

- Identify and assess existing and potential sources of stormwater exposure to onsite industrial activities and significant materials.

- Establish BMPs to be used at the facility to reduce the potential for industrial activities and significant materials to come into contact with stormwater and subsequently impact stormwater discharges. The implementation of the BMPs will minimize the potential for pollutant discharges occurring onsite.

- Describe how the selected practices and controls are appropriate for the facility and how each will effectively prevent or lessen pollution.

- Discuss how controls and practices relate to each other to comprise an integrated, facility wide approach for pollution prevention in stormwater discharges.

This SWPPP consists of a series of steps and activities to identify site-specific sources of potential pollution and to implement actions that prevent, or control, potential contaminants present in stormwater discharges.

## 1.2  Stormwater Pollution Prevention Team

Empress's SWPPP Pollution Prevention Team is comprised of individuals familiar with the facility and its operations. They are responsible for the implementation, maintenance and revision of this Plan. Table 1-1 identifies Empress' SWPPP Team members and provides their contact information.

## 1.3  Amendment of the Plan

This SWPPP will be amended within sixty (60) days whenever:

- There is a change in design, construction, operation, or maintenance at the facility that has a significant effect on the potential for a discharge of pollutants to the waters of the State;

- There is a release of a reportable quantity of a hazardous substance or petroleum products;

- During inspections, monitoring, or investigations by Empress or by local, state or federal officials it is determined that the SWPPP is ineffective in eliminating or significantly minimizing pollutants or



achieving the general objectives of controlling pollutants in stormwater discharges from industrial activities at Empress;

- A discharge authorized under the MSGP that is later determined to cause or have the reasonable potential to cause or contribute to the violation of an applicable water quality standard, after notification by NYSDEC; and/or

- Any of the amendment criteria in Part III.E of the MSGP are met.

Whenever this SWPPP is amended the changes will be recorded on the Record of Changes in Appendix A.



**Table 1-1: Stormwater Pollution Prevention Team**

| NAME | CONTACT INFORMATION |
|---|---|
| Michael Minerva<br>Captain of Logistics<br>722 Nepperhan Ave<br>Yonkers, NY 10703 | Cell Phone: 914-830-4658<br>Email: mminerva@empressems.com |
| Walt McCabe<br>Assistant Director of Operations<br>722 Nepperhan Ave<br>Yonkers, NY 10703 | Cell Phone: 914-424-7812<br>Email: wmccabe@empressems.com |
| Daniel Minerva<br>Chief Comanding Officer<br>722 Nepperhan Ave<br>Yonkers, NY 10703 | Cell Phone: 914-490-7130<br>Email: dminerva@empressems.com |
| Richard Torres<br>Maintenance Manager<br>722 Nepperhan Ave<br>Yonkers, NY 10703 | Cell Phone: 914-308-0803<br>Email: rtorres@empressems.com |

# 2. SITE EVALUATION, ASSESSMENT, AND PLANNING

## 2.1 Facility Location and Description

Empress began providing emergency medical services and quality after care transportation to clients in 1985. The facility is located within the City of Yonkers, New York in Westchester County. The approximately 1.2-acre property consists of one (1) building and associated parking lot. The facility is bordered by commercial properties to the north and south, residential buildings to the west and the Saw Mill River to the east. The percent imperviousness of the site is approximately 75%. The company currently maintains approximately 65 ambulance vehicles at this location. Operations are conducted twenty-four hours per day, seven days per week. A topographic map of the site location is provided in Appendix B.

## 2.2 Materials Inventory

Empress uses a very limited variety of "significant materials;" including any potential pollutant sources and substances related to industrial activities, such as raw materials, process chemicals, fuels, solvents, and wastes. Specifically, Empress uses and stores the materials listed in Table 2-1.

The majority of these materials do not have the potential to be released with stormwater discharging from the site, because they are used, stored or handled indoors or spill pallets for drums. Materials stored outdoors are limited to diesel fuel. All containers and storage units are labeled appropriately. Section 2.5 provides the details of the industrial activities that take place within each drainage area and their potential impacts on stormwater.

## 2.3 Past Spills and Leaks

Empress has had no spills or leaks of oil or hazardous substances during the past five (5) years. Records of spills and leaks of oil or hazardous substances within the facility will be maintained in the Captain of Logistics' office. A copy of any record pertaining to a spill or leak that occurs within a drainage area covered by this SWPPP will also be maintained in Appendix D.

## 2.4 Non-Stormwater Discharges

Sanitary wastewater from the building is pumped to the local sanitary sewer system and is treated at the Westchester County Wastewater Treatment Plant in Yonkers. There are no process wastewater discharges associated with Empress's operations.

All drainage areas and outfall locations were inspected for the presence of non-stormwater discharges by Woodard & Curran on the morning of February 5, 2025. There was no evidence of flow observed in the catch basin or outfall location.

The discharge of vehicle wash waters is not authorized by the MSGP and must be covered under a separate SPDES permit or discharged to a sanitary sewer in accordance with applicable industrial pre-treatment requirements.



**Maintenance Garage:** The maintenance garage is situated in the eastern section within the building. Within this area, three drains are located where vehicle maintenance activities occur. These drains direct flow to a water-oil separator. The primary function of these drains is to facilitate drainage within the building in case of spills. Impactful pollutants in this area consist of:

- Antifreeze/coolant

- Brake parts cleaner

- SAW 5W-30 Motor Oil Synthetic Blend

- Windshield wash concentrate

- QSOL 300 Cleaning Solvent

The list of materials stored in this area is listed in Table 2-1

## 2.5  Site Drainage

Runoff from the northern parking lot flows west to east and collects in the existing dry well, while runoff from the remainder of the site sheet-flows off the property into the Saw Mill River, as shown in Figure 2 – Existing Drainage Area.   The nearest surface water body, the Saw Mill River, which borders the site to the east. The Saw Mill River is designated as an impaired waterway. The overall site layout is provided in Figure-1 (Existing Conditions).

Figure 2 shows the site drainage areas. As shown on Figure 2, there are four drainage areas and two discharge points. The four-drainage area designations and subsequent sizes are as follows:

DA-1: 0.01 Acres
DA-2: 0.84 Acres
DA-3: 0.33 Acres
DA-4: 0.14 Acres

The total size of the is 1.32 acres.

The two discharge points, designated DP-1 and DP-2, discharging to the Saw Mill River are located to the southern and northeastern corners of the site.

**Catch Basin:** Catch Basins located within the parking lot receives runoff from the parking lot via overland flow. The primary purpose of the catch basins is to prevent stormwater runoff from flowing directly to the Saw Mill River. Potential pollutants that could impact stormwater runoff in this area consist of:

- Fluids from parked or idling vehicles.
- Dumpsters for trash and recycling; windblown trash and debris.
- Deliveries and storage of diesel fuel at the emergency generator.
- Vehicle fueling station.



- Deliveries and storage of transmission oil, motor oil and used oil stored in aboveground storage tanks.

## 2.6   Summary of Potential Pollution Sources

Table 2-1 is a materials inventory that summarizes the materials stored and/or used and their locations and Table 2-2 provides a summary of the potential pollutant sources associated with each drainage area.

**Table 2-1:  Materials Inventory**

| Material Stored/Used | Location |
|---|---|
| **Building – Maintenance Garage** | |
| Synthetic oil stored in two (2) 55-gallon drums. | Inside storage area of maintenance garage. |
| Antifreeze/coolant stored in two (2) 55-gallon drums. | Inside storage area of maintenance garage. |
| Brake parts cleaner stored in one (1) 55-gallon drum. | Inside storage area of maintenance garage. |
| SAW SW-30 Motor Oil Synthetic Blend stored in two (2) 55-gallon drums. | Inside storage area of maintenance garage. |
| Windshield wash concentrate stored in two (2) 55-gallon drums. | Inside storage area of maintenance garage. |
| QSOL 300 Cleaning Solvent stored in one (1) 55-gallon drum. | Inside storage area of maintenance garage. |
| **Building – Outside/Parking lot** | |
| Diesel fuel stored within one (1) gallon Spectrum diesel generator. | Aboveground, alongside the western wall of the building. |
| Transmission oil within one (1) 500-gallon storage tank. | Aboveground, alongside the eastern wall of the building. |
| Motor oil within 1,000-Gal storage tank. | Aboveground, alongside the eastern wall of the building. |



| Diesel Exhaust Fluid within one (1) 55-gallon drum. | Beside the Lube Cube and SHP Diesel Engine by the eastern wall of the building. |
|---|---|
| Diesel Fuel within one (1) 10,000-gallon tank. | Underground, north of the building, fuel dispenser. |
| Used oil located within one (1) 500-gallon tank. | Aboveground, alongside the northern wall of the building. |



**Table 2-2:  Summary of Potential Pollution Sources**

| POLLUTANT SOURCE/AREA/ACTIVITY | POLLUTANT PARAMETER OF CONCERN | RISK POTENTIAL |
|---|---|---|
| Parked and idling vehicles | Vehicle fluids | Very low. Vehicles are maintained by owners. Any necessary maintenance for ambulance vehicles is conducted indoors, within the maintenance garage. |
| Dumpsters and other waste containers for trash and recycling | Trash and debris | Low. The dumpsters and waste containers are kept covered and are emptied on a regular basis. |
| Storage and delivery of diesel fuel for the emergency generators | Petroleum hydrocarbons | Low. Oil deliveries are monitored by carrier. Spill materials are available onboard the truck, in and outside the building. |
| Storage and delivery of transmission oil for storage tank | Petroleum hydrocarbons | Low. Oil deliveries are monitored by carrier. Spill materials are available onboard the truck, in and outside the building. A leak detection system is installed on the tank. |
| Storage and delivery of motor oil for storage tank | Petroleum hydrocarbons | Low. Oil deliveries are monitored by carrier. Spill materials are available onboard the truck, in and outside the building. A leak detection system is installed on the tank. |
| Fuel Dispenser | Petroleum hydrocarbons | Low. Fuel dispenser remains locked and is monitored by the vendor. Oil deliveries are monitored by the carrier. Spill materials are available onboard the truck, in and outside the building. A leak detection system is installed both inside and outside the building. |
| Storage of used fuel within a storage tank | Petroleum hydrocarbons | Low. Tank remains locked and is maintained and inspected daily. Spill materials are available in and outside the building. |
| Storage of vehicles and equipment awaiting maintenance with actual or potential fluid leaks. | Petroleum hydrocarbons | Medium. Drip pans will be used in the event of a leak or potential leak. |



# 3. STORMWATER BEST MANAGEMENT PRACTICES (BMPS)

Empress currently utilizes several structural and nonstructural stormwater management practices throughout the drainage areas. This section identifies the current stormwater management practices and provides recommendations for additional stormwater BMPs. The following BMPs have been or are to be implemented:

- Minimize Exposure

- Good Housekeeping

- Preventative Maintenance

- Facility Inspections

- Spill Prevention and Response Procedures

- Erosion and Sediment Controls

- Management of Runoff

- Employee Training (described in Section 5)

- Waste, Garbage and Floatable Debris

- Secondary Containment

- Visual Inspections

- Recordkeeping and Internal Reporting Procedures (described in Section 4)

The following BMPs are not applicable:

- *Salt Storage Piles or Piles Containing Salt* – there are no salt storage piles on the property.

- *Non-Stormwater Discharges* – there are no non-stormwater discharges as listed in 6 NYCRR 750-1.2(a)(29)(vi).

- *Dust Generation and Vehicle Tracking of Industrial Materials* – there is no generation of dust and/or off-site tracking of raw, final, or waste.

Table 3-2 presents the recommended stormwater BMPs, the drainage areas associated with the BMP, a summary of the specific recommended actions to be undertaken, the implementation date and responsible person(s) to complete the actions. Implementation of these BMPs will minimize the potential impact of significant materials on stormwater runoff.

## 3.1 Minimize Exposure

Empress personnel conduct regular inspections and maintenance of equipment to minimize exposure. Waste management practices, such as the proper disposal of waste and debris, further contribute to reducing the chances of exposure. Additionally, personnel regularly inspect vegetation that facilitates stormwater absorption and runoff filtration, as well as ensure catch basins are clear of blockages. Routine maintenance of the parking lot, including frequent sweeping (as needed), is also performed to prevent the accumulation of debris and maintain effective stormwater management.



## 3.2 Good Housekeeping

Empress personnel maintain the roadway areas and parking lot in a clean and orderly manner, to the extent practicable, to reduce the discharge of pollutants in stormwater discharges. Empress's personnel conduct regular site walkovers and observe the overall cleanliness of the drainage areas, as well as cleaning the parking lot daily with hand tools. In the event that a problem is observed, the Captain of Logistics would immediately be informed to address the problem or steps would be taken to resolve the problem directly. As described in Section 2.5, the limited "significant materials" present onsite are stored in closed containers that are protected from stormwater to prevent a potential discharge of pollutants.

The following "good housekeeping" BMPs are/will be implemented at the facility:

- Paved yard areas are inspected and swept daily by Empress's personnel.
- The storage of vehicles and equipment awaiting maintenance with actual or potential fluid leaks is confined to a designated area in the parking lot <u>away from the outfalls</u>.
- Empress shall closely monitor parked vehicles for leaks and place drip pans under any leaks to collect the fluids for proper disposal.
- Clearly label storage and disposal containers to prevent cross-contamination and accidental misuse.
- Stored cracked batteries in leakproof secondary containers.
- Store hazardous materials indoors or in covered areas.
- Vehicle maintenance is performed indoors; using drip pans.
- Keep a supply of spill response materials appropriate for the activities performed onsite.
- Routinely check fueling area for spills and overfills due to operator error and for failure of the pumping or dispensing system.
- Catch basin is covered by either a drain cover or absorbent pads during fuel unloading.
- Cover used vehicle parts; tires, used engines and engine parts can be sources of pollutants and should be covered at all times.

## 3.3 Preventative Maintenance

Empress personnel routinely inspect, repair and replace facility equipment as part of the ongoing preventative maintenance program. Maintenance personnel conduct monthly inspections and perform preventative maintenance as needed based on the inspection findings. Maintenance activities are performed inside the building, as the building on-site provides a garage for all vehicle maintenance activities.

The emergency generator, fuel dispenser and storage tanks located outside are provided maintenance by outside crews. Ashby Fuel Oil Co. is responsible for overseeing all diesel-related equipment, performing maintenance on a quarterly basis to ensure the proper functioning and safety of the equipment. In addition, Optima Environmental Services manages fuel transmission, spill response protocols, and maintenance for all on-site tanks. Drip pans or absorbent materials are used, as appropriate, to collect and contain any leaking fluids.



## 3.4    Facility Inspections

Empress personnel perform weekly informal inspections. Observations also occur as Empress personnel work with and in the vicinity of the emergency generator and oil storage tanks. Because Empress is subject to the federal Oil Spill Prevention, Control and Countermeasure (SPCC) rules, routine visual inspections are performed of the oil storage tanks as outlined in the facility's Oil SPCC Plan. The inspections are documented using the inspection forms found in the Oil SPCC Plan.

The inspections are to be documented using the forms found in Appendix C.

## 3.5    Spill Prevention and Response

The primary method of spill management at Empress is spill prevention. This has been emphasized through the proper design of tank systems, personnel training and regular inspections. All Empress personnel involved with the use, storage, or management of oil are trained to report oil releases immediately to ensure prompt corrective action. In addition, certain employees are trained to contain spills using appropriate methods and equipment (assuming containment can be completed without risk to human health) until emergency response personnel with specialized response training and equipment arrive on site.

In the event that visible leaks are detected, they are promptly stopped, and preventative maintenance is performed to ensure that the cause of the leak is addressed.

## 3.6    Waste, Garbage and Floatable Debris

Empress personnel minimize waste, garbage, and floatable debris in stormwater management by implementing effective waste management practices and conducting regular maintenance. This includes ensuring the proper disposal of waste and debris, performing frequent inspections to maintain stormwater systems free from blockages, and managing areas to prevent debris from entering drainage systems. Additionally, routine sweeping of parking areas helps to prevent debris from reaching the stormwater drainage system.

## 3.7    Sediment and Erosion Control

There are no specific areas on the Empress site that pose a high potential for soil erosion. The site is approximately 75% impervious (asphalt pavement and concrete).  If compliance sampling results indicate the need, regrading and/or berming the eastern perimeter of the property may be considered to reduce the frequency and volume of stormwater discharges to the Saw Mill River, and whether the extent to which an additional catch basin near the southeast corner of the site may be considered to further that goal and/or reduce ponding..

Additionally, Empress's personnel conduct frequent sweeping (as needed) of the parking lot using hand tools to maintain cleanliness and minimize debris. The ongoing maintenance of these sediment and erosion control measures is managed and overseen by Empress personnel.



## 3.8   Management of Runoff

Stormwater is collected and infiltrated in the infiltration basin and trench drains or discharges to the Saw Mill River at the identified outfall, depending on the size and intensity of storm events. The BMPs associated with management of runoff from the Empress site are presented in Table 3-2.

## 3.9   Oil Spill Reporting

### 3.9.1   Oil Releases to Water

If oil or other petroleum products are discharged to water or within 100 feet of a surface water body, the Captain of Logistics or his/her designee will report the oil discharge to NYS Spill Hotline and seek authorization to immediately report the incident to:

- NYSDEC Spill Hotline:                                    (800) 457-7362

  (24-Hour Number to Report a Spill of Oil or Hazardous Material)

- National Response Center (NRC):                    (800) 424-8802

**Table 3-1:  Emergency Contact Phone Numbers**

| Police | Police Department (Emergency) | 911 |
|---|---|---|
| | (Non-Emergency) | (914) 377-7452 |
| Fire | Fire Department (Emergency) | 911 |
| | (Non-Emergency) | (914) 377-7500 |
| Agencies | US Coast Guard – Oil Spill National Response Center | (800) 424-8802 |
| | EPA, Region 2 | (877) 251-4575 |
| | NYSDEC 24 Hour Spill Hotline | (800) 858-6368 |
| | NYSDEC New York Regional Office | (800) 858-6368 |
| Response Contractors | Ashby Fuel Oil Co. | (914) 576-0009 |
| | Optima Environmental Services | (845) 561-1512 |

**Table 3-2: Best Management Practices**

| AREA | BEST MANAGEMENT PRACTICE | RECOMMENDED ACTIONS | IMPLEMENTATION DATE | RESPONSIBLE PERSON(S) |
|---|---|---|---|---|
| **Parking Lot and Portion of Facility South of Building** | Good Housekeeping | Maintain clean paved yard areas. | Daily | Empress's Maintenance Personnel |
| | Visual Inspections | Perform inspections of the oil storage tanks and oil-filled electrical transformers for evidence of spills or leakage of oil. | Monthly | Empress Ambulance's Maintenance Personnel |
| | Spill Prevention & Response | Implement tank filling and spill response procedures identified in and in the event of a spill or release. | As needed | Empress's Maintenance Personnel, Oil SPCC Coordinator, Fuel Delivery Personnel |
| | | Familiarize all oil handling employees with the provisions of the facility's Oil SPCC Plan. | As part of training program | Empress's Maintenance Personnel, Oil SPCC Coordinator |
| | | Install berm around fueling area | Spring 2026 | Empress Maintenance Personnel |
| | Management of Runoff | Inspect and clean storm drains and catch basin filter | Monthly | Empress Maintenance Personnel |
| | | Ensure trash dumpster covers remain closed. | Ongoing | Empress's Maintenance Personnel |
| | Sediment & Erosion Control | Maintain existing BMPs throughout property. | Monthly | Empress Ambulance's Maintenance Personnel |

**Table 3-3:  Fuel Delivery Transfer Procedures**

The following fuel delivery transfer procedures and practices are adhered to by Empress personnel and/or oil delivery/pick-up carriers during tank filling, as outlined in the Empress EMS Standard Operating Procedures (SOP) in Section 3.7. General procedures are summarized below.

**Prior to unloading:**

- Move spill containment equipment into the unloading area.

- Cover or berm all downgradient catch basins and trench drains.

- Ensure the automatic shutoff equipment on the tank truck is functioning properly.

- Determine the available capacity of the tank using the level gauge. This should then be communicated to the oil delivery driver.

- Block the wheels of the truck or engage the tank truck brake interlock system to prevent possible truck movement prior to the completion of the fuel unloading.

- Ensure that the fill nozzle is placed in the appropriate tank appurtenance.

**During unloading:**

- Ensure that the tank truck operator remains with the vehicle at all times during unloading.

- Monitor the tank system and gauges on the tank truck continuously to ensure that the available capacity is not exceeded.

- Prohibit smoking, lighting matches or the use of cellular telephones near the tank truck during unloading.

**After fuel unloading is completed:**

- Prior to removing the fill hose from the tank, ensure that it is drained into the tank and close the valves on the truck before disconnecting.

- Inspect the tank truck prior to removing the blocks or disengaging the tank truck brake interlock system to ensure that the lines have been disconnected from the tank.

- Remove covers or berms from catch basins.

- Remove the blocks from the tank truck wheels or disengage the tank truck brake interlock system.

**Table 3-4:  General Spill Response Procedures**

<u>**Spill Response:**</u>

Detailed oil spill response procedures can be found in Chapter 6 of the facility's Oil SPCC Plan. The following general spill response procedures will be followed for spills associated with the SWPPP (some activities may occur simultaneously).

1.  Immediately report the incident to the First, Second or Third Facility Contact.

2.  The Facility Contact person will gather all relevant information and summon outside assistance if necessary.

3.  For incidental spills that are small and inside the building, clean up may be conducted by Empress personnel following these general procedures:

- Eliminate ignition sources that may be present.

- Avoid contact with spilled product.

- Stop the source of the release if it is safe to do so.

- Contain the released material with absorbent materials from spill kit(s).

- Prevent released material from exiting the building and entering catch basins, water bodies, and confined spaces.

- Restrict access to impacted and potentially threatened areas.

- Keep unprotected or untrained personnel away from spill areas.

- Choose clean-up equipment, where possible, that will not be corroded or otherwise damaged by the spilled material. Use explosion-proof and spark-proof equipment, where necessary.

- Ensure recovered spill material is collected, containerized, labeled, properly characterized, and disposed of in accordance with all applicable requirements.

<u>**Spill Reporting:**</u>

If an oil release to water or a reportable release within 100 feet of a surface water body occurs, the Captain of Logistics or his/her designee will immediately report the incident to:

- NYSDEC:                                    (800) 457-7362
- National Response Center ("NRC"):          (800) 424-8802

If a stormwater pollutant reaches the stormwater collection system and is discharged at the outlet structure, the Captain of Logistics or his/her designee immediately report the incident to:

- NYSDEC:                                    (800) 457-7362

# 4.    MONITORING  AND RECORDKEEPING  PROCEDURES

## 4.1    Stormwater Quarterly Visual Monitoring

Empress will perform quarterly visual monitoring of stormwater discharges to the parking lot drainage area. This qualitative monitoring should occur during a "qualifying storm event" once in the first quarter (January 1st – March 31st), secondary quarter (April 1st – June 30th), third (July 1st – September 30th), and fourth quarter (October 1st through December 31st). A "qualifying storm event" means precipitation or ice/snowmelt that produce a measurable discharge of 0.1 inch or more in a 24-hour period and occurs at least 72 hours after the previous qualifying storm event. If a qualifying storm event does not occur during these periods, Empress is excused from monitoring and must document that a representative storm event did not occur.

Empress must collect a stormwater sample from the outfall located alongside the Site and Saw Mill River. No analytical tests are required.

The visual monitoring of each sample will include observation and documentation of:

- Date, time
- Approximate rainfall amount
- Time since the last rainfall event
- Color
- Odor
- Turbidity
- Floating Solids
- Settled Solids
- Suspended Solids
- Foam
- Oil Sheen
- Other indicators of pollution, if applicable

The results of these examinations will be recorded using the form found in Appendix C and maintained for a period of at least five years.

## 4.2    Benchmark Monitoring

Land transportation (Sector P) facilities are required to monitor their stormwater discharges for Oil & Grease, Chemical Oxygen Demand (COD), Benzene, Ethylbenzene, Toluene, and Xylene. Benchmark monitoring is intended to provide a guideline for the owner or operator to determine the overall effectiveness of the SWPPP in controlling the discharge of pollutants to receiving waters. An exceedance of a benchmark cut-off concentration is not a permit violation but does require a qualified person to evaluate potential sources of stormwater contaminants at the facility and perform corrective actions.

Table 4-1 identifies the list of pollutants of concern and their benchmark monitoring cutoff concentrations.

Benchmark monitoring is conducted on a semi-annual basis; once between January 1st through June 30th and once during the monitoring period of July 1st through December 31st. Empress must electronically submit the results of the benchmark monitoring analysis using EPA's Discharge Monitoring Report (DMR) reporting system. All DMRs must be received by NYSDEC twenty-eight (28) days after the end of each monitoring period.

## 4.3   Impaired Waters Monitoring

Empress discharges stormwater to the Saw Mill River which is identified as an impaired waterbody for oil and floating substances, which is a pollutant of concern for Sector P facilities under the MSGP. Because of this, it will be necessary to monitor for oil and floating substances at all sampling locations quarterly.

**Table 4-1: Sector P Benchmark Monitoring Requirement**

| Pollutants of Concern | Benchmark Monitoring Cutoff Concentration |
|---|---|
| Oil & Grease | 15 mg/L |
| Chemical Oxygen Demand (COD) | 120 mg/L |
| Benzene | 50 ug/L |
| Ethylbenzene | 50 ug/L |
| Toluene | 50 ug/L |
| Xylene | 50 ug/L |

## 4.4   Storm Event Data

Each storm event for quarterly visual inspections and benchmark monitoring must be documented using the Storm Event Data Form provided by NYSDEC. The Storm Event Data Form is found in Appendix C and must be kept with the SWPPP.

## 4.5   Corrective Actions

The Corrective Action/Non-Compliance Event Form (GP-0-23-001) is to be used when there is an exceedance of a benchmark monitoring cutoff concentration or an inspection that indicates the presence of stormwater pollution in a facility's stormwater discharge. An exceedance of a benchmark monitoring cutoff concentration is not a general permit violation but does signal the need for Empress to evaluate potential sources of stormwater contaminants and implement corrective actions. The MSGP requires implementation of escalated responses through corrective actions and documentation in the SWPPP. This form must be kept with the SWPPP. A copy of the Corrective Action/Non-Compliance Event Form can be found in Appendix C.

## 4.6 Stormwater Monitoring During a Spill or a Release

In the event of an onsite spill that makes its way to the stormwater system, Empress will initiate sampling of the stormwater ditch or the pond outlet(s) as soon as they are aware of the spill and continue sampling at least once/day, thereafter, until the risk of any pass-through of the spill material ceases. At a minimum, pH and conductivity will be conducted on these samples. Other analysis may be required by the DEP depending on the nature of the spill.

## 4.7 Records of Spills, Leaks or Releases

A description of incidents such as spills, leaks or releases will be recorded using the form found in Appendix D and the records will be maintained for a minimum of five years. The following information will be recorded:

- Date and time of the incident
- Name(s) of the response team members
- Weather conditions
- Nature and duration of the incident
- Type, quantity and source of the material
- Response procedure(s) undertaken
- Amount of material recovered
- Party notified of the incident and the preventive measures taken
- Signature of the person preparing report

## 4.8 Stormwater Monitoring Records

Empress's stormwater monitoring records are maintained in the Chief Operating Officer office for a period of at least five years from the date of the sample, measurements, report or application.

# 5.   EMPLOYEE TRAINING

Designated Empress employees complete training programs depending on their individual job requirements.

## 5.1   Oil, Chemicals and Waste Handling and Response Training

Personnel involved in the unloading, storage and use of oil and chemical products and wastes are trained in the proper methods to handle, contain and report spills. Woodard & Curran provides training programs as appropriate for the nature of their work and responsibilities, which in addition to SWPPP training may include OSHA Hazard Communication and Oil SPCC Plan training.

## 5.2   Stormwater Pollution Prevention Activities

Empress personnel involved in stormwater management operations are trained to recognize and respond to potential threats to water quality due to stormwater runoff. Stormwater training must address all topics set forth in Part II.A.8 of the MSGP including the following topics:

- Purpose and goals of the SWPPP.

- Regulatory requirements of the NYSDEC MSGP.

- Roles and responsibilities of the SWPPP Team members.

- Review of BMPs contained in the SWPPP.

- Performing and documenting visual inspections.

Stormwater training will be performed at least annually and when employees assume new or additional responsibilities for stormwater management. Training records including an annual signed and dated employee training log will be maintained in the SWPPP by the Captain of Logistics for a minimum of five years.

# 6.   PLAN REVIEW AND MODIFICATION

## 6.1   Updates and Modifications to the SWPPP

In the event of substantive changes to the site or Empress's operations or other conditions requiring SWPPP review, including those set forth in Part III.E of the MSGP. Empress will modify this SWPPP to reflect the changes within 60 days of such modifications or other information.

## 6.2   SWPPP Availability

The SWPPP is maintained by the Captain of Logistics. It will be made available to any NYSDEC or EPA personnel upon request.

# SWPPP CERTIFICATION

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

Name: Michael van der Heijden, LSRP _____

Title: Senior Delivery Leader _____

Signature: _____

Date: March 4, 2026 _____

# 7.  REFERENCES

NYSDEC. (2024). Stormwater Management Design Manual.

NYSDEC. (2023). Multi-Sector General Permit GP 0-23-001.

NYSDEC. (2016). New York State Standards & Specifications for Erosion and Sediment Control.

U.S. Environmental Protection Agency. (1992). NPDES storm water sampling guidance document. EPA 833-8-92-001.

**APPENDIX A:    RECORD OF CHANGES**

# SWPPP Amendment Log

| No. | Description of the Amendment | Date of Amendment | Amendment Prepared by [Name(s) and Title] |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**APPENDIX B: SITE MAPS**





**APPENDIX C:      INSPECTION AND CORRECTIVE ACTION FORMS**



# Storm Event Data Form
# GP-0-23-001

Do not submit this form to the Department; keep this form with the facilities SWPPP.

SPDES ID
## NYR00_____

Facility Name _____

Contact First Name _____

Contact Last Name _____

Contact Phone _____

Contact eMail _____

Storm Event Date: | 01/01/23 |

Storm Duration (in hours): _____ (to the nearest quarter of an hour)

Rainfall measurement from Storm Event:_____ **(to the nearest tenth of an inch)**

Date of last measurable Storm Event: | 01/01/23 |

Duration in hours between Storm Event sampled and end of previous measurable Storm _____

---

**Certification**

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possiblity of fine and imprisonment for knowing violations.

_____
O/O Signature First Name (please print or type)

_____
O/O Signature Last Name (please print or type)

| 01/01/23 |
Date

| |
Signature

1739022194



# Annual Certification Report
## GP-0-17-004

The owner/operator shall complete this Annual Certification Report form by answering all questions, and signing the certification at the end of this form.  This completed report is to be submitted for each calendar year and is due by January 28th of the following year to:

Stormwater Compliance Coordinator
NYSDEC, Bureau of Water Compliance
625 Broadway, Albany, NY, 12233-3506

## SECTION I: FACILITY INFORMATION:

**SPDES I.D. No.:  NYR00** [ ][ ][ ][ ]          **Report for Calendar Year:** [ ][ ][ ][ ]

**Owner Name**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**Facility Name**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

## SECTION II: GENERAL INFORMATION:

1.  Number of stormwater outfalls at the facility that are from areas of industrial activity   [ ][ ][ ]

2.  Did the facility claim any monitoring waiver(s)?   ○ Yes   ○ No

    If yes, which waiver(s) were claimed for the reporting year?

    ○ Representative Outfall      ○ Adverse Climatic Conditions      ○ Inactive or Unstaffed Sites

3.  Is the information provided in your original Notice of Intent (NOI) submission still accurate and up to date?  If not, please submit an updated NOI.   ⦿ Yes   ○ No

4.  Has a comprehensive site compliance inspection and evaluation been conducted at the facility in the reporting year?   ○ Yes   ○ No

5.  Is the facility's Stormwater Pollution Prevention Plan (SWPPP) kept up to date and modified when necessary?   ○ Yes   ○ No

## SECTION III: QUARTERLY VISUAL MONITORING (Permit Part IV.E)

1.  Were the required quarterly visual examinations of stormwater performed during the reporting period?   ○ Yes   ○ No

2.  Did any of the quarterly visual examinations have observations of color, clarity, odor, floating solids, settled solids, suspended solids, foam, oil sheen, or other indicators of stormwater pollution and contamination? (If yes, answer question 2.a and 2.b)   ○ Yes   ○ No

    2a. Were corrective actions taken (Part IV.E.6)?   ○ Yes   ○ No

    2b. Was a follow up visual inspection conducted to ensure corrective actions were successful (Part V)?   ○ Yes   ○ No

0789022198

## SECTION IV: ANNUAL DRY WEATHER FLOW INSPECTION (Permit Part IV.C)

1. Was the annual dry weather flow inspection performed during this reporting period?  ○ Yes  ○ No

2. Were any non-stormwater discharges or indicators of non-stormwater discharges identified? (If no, proceed to Section V)  ○ Yes  ○ No

3. Was the source of the non-stormwater discharge identified? (If no, proceed to question 5)  ○ Yes  ○ No

4. Is the source an allowable non-stormwater discharge (i.e., discharge covered by another SPDES permit or an allowable non-stormwater discharge covered in Part I.B.2 of the MSGP)?  ○ Yes  ○ No

5. Were corrective actions taken to eliminate the unauthorized non-stormwater discharge? (Part IV.C.3)  ○ Yes  ○ No

6. Were corrective actions successful in eliminating the unauthorized non-stormwater discharge?  ○ Yes  ○ No


## SECTION V: STORMWATER MONITORING - BENCHMARK PARAMETERS (Part IV.F.1.a)

1. Is benchmark monitoring required at the facility? (If no, proceed to Section VI)  ○ Yes  ○ No

2. Were there any monitoring problems? (Answer "Yes" if storm event criteria was not met or if the laboratory indicated quality assurance/quality control problems). Use Section VIII to explain.any monitoring problems.  ○ Yes  ○ No

3. Were any of the sampling results from the reporting year higher than the benchmark cut-off concentrations listed in the permit? (If yes, answer questions 3a and 3b)  ○ Yes  ○ No

3a. Describe all exceedances and their causes.

3b. Describe the short- and long-term corrective actions taken to address the exceedance(s). Include all changes to existing BMPs and any new BMPs implemented. Specify the SWPPP modifications.

1177022190

## SECTION VI: STORMWATER MONITORING - COMPLIANCE MONITORING (Part IV.F.1.b & Part IV.F.1.d)

1.  Is compliance monitoring required at the facility?  (If no, proceed to Section VII)    ○ Yes    ○ No

2.  Were there any monitoring problems? (Answer "Yes" if storm event criteria was not met or if the laboratory indicated quality assurance/quality control problems). Use Section VIII to explain any monitoring problems.    ○ Yes    ○ No

3.  Were any of the sampling results from this year higher than the effluent limitations listed in the permit? (If yes, answer questions 3a and 3b.)    ○ Yes    ○ No

3a. Describe all exceedances and their causes.

```
```

3b. Describe the short- and long-term corrective actions taken to address the exceedance(s). Include all changes to existing BMPs and any new BMPs implemented. Specify the SWPPP modifications.

```
```

## SECTION VII: STORMWATER MONITORING - DISCHARGES TO IMPAIRED WATERBODIES:

1.  Is monitoring required for discharges to impaired waterbodies?(Part IV.F.1.c) (If no, proceed to Section VIII)    ○ Yes    ○ No

2.  Were there any monitoring problems? (Answer "Yes" if storm event criteria was not met of if the laboratory indicated quality insurance assurance/quality control problems) Use Section VIII to explain any monitoring problems.    ○ Yes    ○ No

3.  Were any of the quarterly sampling results from the reporting year higher than the benchmark cut-off concentrations or effluent limitations listed in the permit? (If yes, answer questions 3a, 3b and 3c.)    ○ Yes    ○ No

5924022194

3a. Describe all exceedances and their causes.

3b. Describe the short- and long-term corrective actions taken to address the exceedance(s). Include all changes to existing BMPs and any new BMPs implemented. Specify the SWPPP modifications.

3c. Did the follow-up quarterly sample show the corrective and follow up actions to be successful?     ○ Yes     ○ No

**SECTION VIII: SUMMARY:**

Describe any facility changes and problems identified during inspections, quarterly visual observations or monitoring. List actions taken to improve the quality of the stormwater discharge from the facility.

**CERTIFICATION**

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

Owner/Operator First Name (please print or type)          MI          Date  __ __ / __ __ / __ __ __ __

Owner/Operator Last Name (please print or type)

Owner/Operator Signature



# Corrective Action/
# Non-Compliance Event Form
## GP-0-23-001

This Corrective Action/Non-Compliance Event Form is to be used when there is an exceedance of a numeric effluent limitation or an impaired waters quarterly limit in a facility's stormwater discharge. This form must be submitted to the Department with the DMR which reports the exceedance and a copy must be kept with the facility's SWPPP.

Permit Number

N Y R 0 0 ☐ ☐ ☐

Facility Name

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Contact First Name

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Contact Last Name

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Contact Phone

☐☐☐ - ☐☐☐ - ☐☐☐☐

Contact eMail

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Is this form being used to report an exceedance of numeric effluent limits or impaired waters quarterly limits?

○ Numeric Effluent Limit          ○ Quarterly Limit

Instructions for using this form:
- Complete a separate attachment for each Parameter/Pollutant exceeded and for every outfall where the exceedance occurred.
- Number each attachment (1 of XX, 2 of XX, 3 of XX, etc.)
- Initial and date each attachment
- Write in the number of attachments included in the box below
- The Owner/Operator must sign and date the certification statement below
- This form must be attached to the Discharge Monitoring Report (DMR) submission.
- A copy of this form must be kept with the facility's SWPPP

Number of attachments included: ☐☐☐

## Certification

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possiblity of fine and imprisonment for knowing violations.

O/O Signature First Name (please print or type)     MI     O/O Signature Last Name (please print or type)

Date ☐☐ / ☐☐ / ☐☐☐☐

Signature

**Outfall Discharge Data**

1. Outfall No.: ☐☐☐

2. Parameter/Pollutant of Concern Exceeded: _____

3. Have you claimed this outfall as a Representative Outfall?   ○ Yes   ○ No

   If Yes, Corrective Actions must be completed for all outfalls claming the Representative Outfall Waiver. Additionally the representative outfall waiver claim is no longer valid until two consecutive semi-annual monitoring samples show no exceedance for all outfalls.

4. Date of Exceedance: ☐☐ / ☐☐ / ☐☐☐☐

5. Permitted Value: ☐☐☐☐☐☐   Units: ○ mg/L   ○ ng/L   ○ ug/L   ○ s.u.   ○ NTUs

6. Reported Value: ☐☐☐☐☐☐   Units: ○ mg/L   ○ ng/L   ○ ug/L   ○ s.u.   ○ NTUs

**Corrective Actions and Sample Results**

7. Describe the exceedance and its cause(s):

8. Describe the short- and long-term corrective actions taken to address the exceedance(s). Include all changes to existing BMPs and any new BMPs implemented. Specify the SWPPP modifications.

Attachment ☐ of ☐   Initial:_____ Date:_____

**Outfall Discharge Data**

1. Outfall No.: ☐☐☐

2. Parameter/Pollutant of Concern Exceeded: ☐

3. Have you claimed this outfall as a Representative Outfall?     ○ Yes     ○ No

    If Yes, Corrective Actions must be completed for all outfalls claming the Representative Outfall Waiver. Additionally the representative outfall waiver claim is no longer valid until two consecutive semi-annual monitoring samples show no exceedance for all outfalls.

4. Date of Exceedance: ☐☐ / ☐☐ / ☐☐☐☐

5. Permitted Value: ☐☐☐☐☐   Units: ○ mg/L   ○ ng/L   ○ ug/L   ○ s.u.   ○ NTUs

6. Reported Value: ☐☐☐☐☐   Units: ○ mg/L   ○ ng/L   ○ ug/L   ○ s.u.   ○ NTUs

**Corrective Actions and Sample Results**

7. Describe the exceedance and its cause(s):

8. Describe the short- and long-term corrective actions taken to address the exceedance(s). Include all changes to existing BMPs and any new BMPs implemented. Specify the SWPPP modifications.

Attachment ☐ of ☐     Initial:____ Date:_____

**Outfall Discharge Data**

1. Outfall No.: ☐☐☐

2. Parameter/Pollutant of Concern Exceeded: ☐

3. Have you claimed this outfall as a Representative Outfall?        ○ Yes     ○ No

   If Yes, Corrective Actions must be completed for all outfalls claming the Representative Outfall Waiver. Additionally the representative outfall waiver claim is no longer valid until two consecutive semi-annual monitoring samples show no exceedance for all outfalls.

4. Date of Exceedance: ☐☐ / ☐☐ / ☐☐☐☐

5. Permitted Value: ☐☐☐☐☐   Units: ○ mg/L     ○ ng/L     ○ ug/L     ○ s.u.     ○ NTUs

6. Reported Value: ☐☐☐☐☐   Units: ○ mg/L     ○ ng/L     ○ ug/L     ○ s.u.     ○ NTUs

**Corrective Actions and Sample Results**

7. Describe the exceedance and its cause(s):

8. Describe the short- and long-term corrective actions taken to address the exceedance(s). Include all changes to existing BMPs and any new BMPs implemented. Specify the SWPPP modifications.

Attachment ☐ of ☐        Initial:_____  Date:_____



# Quarterly Visual Monitoring Form Multi-Sector GP-0-23-001

All facilities covered under the MSGP must perform Quarterly Visual Monitoring. This form is part of the facilities records and should be retained onsite with the facility's Stormwater Pollution Prevention Plan. Please see the permit Part IV.E for additional requirements. ***Keep this form with the Facility's SWPPP. Please do not submit this form to the Department.***

○ This QVM form is being used as a follow up to Corrective Actions being implemented due to the previous QVM indicating the presence of stormwater pollution.

◉ This QVM form is for a regular quarterly event

**SPDES ID Number**

**N Y R 0 0** _____

**Facility Name**

**Reporting Year**
Choose Year

**Examiner's Name**

○ January 1 - March 31
○ April 1 - June 30
○ July 1 - September 30
○ October 1 - December 31

**Examiner's Title**

Is this for a Qualifying Storm of greater than 0.1 inches? Yes

| Outfall Number | Date/Time Collected and Examined | Rainfall Amount | Runoff Source? |
|---|---|---|---|
| 0 0 1 | 0 1 / 0 1 / 2 3    0 8 : 1 5 AM | 0.1 | ○ Rainfall   ○ Snowmelt |

1. Does the stormwater appear to be colored? ............................................................................................ ◉ Yes   ○ No

If yes, describe

2. Is the stormwater clear or transparent? ................................................................................................ ◉ Yes   ○ No

   If yes, which of the following best describes the clarity of the stormwater: .................... ○ Clear   ◉ Milky   ○ Opaque

3. Can you see a rainbow sheen effect on the water surface? ................................................................... ◉ Yes   ○ No

   If yes, which best describes the sheen? ....................................... ○ No Sheen   ◉ Rainbow Sheen   ○ Floating Oil Globules

4. Does the sample have an odor? ............................................................................................................. ◉ Yes   ○ No

   If yes, describe

Page 1 of 2

5. Is there something floating on the surface of the sample? ........................................................................ ◯ Yes   ◯ No

If yes, describe

6. Is there something suspended in the water column of the sample? ........................................................ ◯ Yes   ◯ No

If yes, describe

7. Is there something settled on the bottom of the sample?................ ......................................................... ◯ Yes   ◯ No

If yes, describe

8. Is there foam or material forming on the top of the sample surface?....................................................... ◯ Yes   ◯ No

If yes, describe

Detail any concerns, corrective actions taken and any other indicators of pollution present in the sample:

**Stormwater Examiner's Signature**

**CLEAR FORM**

**APPENDIX D:SPILL AND LEAK INCIDENT RECORDS**



woodardcurran.com

# EXHIBIT B:

# YONKERS FACILITY BMP PLAN

Defendant has developed and will implement the Stormwater Pollution Prevention Plan ("SWPPP") for the Yonkers Facility that is attached to this Consent Decree as Exhibit A (the "Operative SWPPP"). The Operative SWPPP contains, and any amended version of the Operative SWPPP shall contain, at a minimum, the following Best Management Practices ("BMPs") and other provisions:

1.  Defendant shall install low-profile (*i.e.*, allowing vehicles to pass over) berming around the fueling station pad to capture potential releases from the pump area and prevent incidental spills and leaks from exposure to stormwater runoff.

2.  Vehicles and equipment awaiting maintenance and/or with actual or potential fluid leaks shall be confined to a designated area (delineated on the site map), as required by Part VII.P (p. 121) of the MSGP. Defendant shall closely monitor parked vehicles for leaks and place drip pans under any leaks to collect the fluids for proper disposal.

3.  Defendant shall minimize outdoor storage of industrial materials and equipment.

4.  Defendant shall install a catch basin filter, such as one manufactured by New Pig, in the catch basin in the parking lot.